IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN ADAMS,<br>DANIEL DEVINE,<br>AARON HINKEY,<br>TED HURLEY,<br>EUGENE MITCHELL,<br>TROY PARKER, JR.,<br><br>CHRISTOPHER RICHARDS,<br>JAMISON RICHMOND,<br>ERIC RICHTER,<br>GABE RINEHART,<br>ODEL ROBERTS,<br>HARLEY ROBINSON,<br>TOMY WEIMER,<br><br>Defendants. | ORDER DISMISSING CITATIONS AND QUASHING WARRANTS<br><br>VIOLATION NOS. AND LOCATION CODES:<br><br>F4300382<br>F4300185<br>F4483204<br>F3720672<br>F4036968<br>F4299833, F4299834, F4299835, F4299836<br>L0171313<br>F3742894<br>F2685396, F3685397<br>FBDW006R<br>F3640513<br>FBDW005L<br>F4302340 |
|---|---|

Upon motion of the United States and for good cause shown, **IT IS ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim. P. 48(a), and the warrants are **QUASHED**.

DATED this ____ day of March, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
FAX: (406) 542-1476
E-Mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOHN ADAMS,<br>DANIEL DEVINE,<br>AARON HINKEY,<br>TED HURLEY,<br>EUGENE MITCHELL,<br>TROY PARKER, JR.,<br><br>CHRISTOPHER RICHARDS,<br>JAMISON RICHMOND,<br>ERIC RICHTER,<br>GABE RINEHART,<br>ODEL ROBERTS,<br>HARLEY ROBINSON,<br>TOMY WEIMER,<br><br>Defendants. | GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS<br><br>VIOLATION NOS.<br><br>F4300382<br>F4300185<br>F4483204<br>F3720672<br>F4036968<br>F4299833, F4299834, F4299835, F4299836<br>L0171313<br>F3742894<br>F2685396, F3685397<br>FBDW006R<br>F3640513<br>FBDW005L<br>F4302340 |
|---|---|

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

>JESSE A. LASLOVICH
>United States Attorney
>
>*/s/ Jennifer S. Clark*
>JENNIFER S. CLARK
>Assistant U.S. Attorney